UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | CASE NO. 4:03-CR-25 |
| Plaintiff, : | |
| : | |
| vs. : | OPINION & ORDER |
| : | [Resolving Doc. No. 109] |
| SAUL GASTELUM-LARA, : | |
| : | |
| Defendant. : | |
| : | |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Defendant Saul Gastelum-Lara moves the Court for early release pursuant to 18 U.S.C. § 3624.[1] Defendant Gastelum-Lara seeks relief based on the Federal Prison Nonviolent Offender Relief Act of 2013, H.R. 62, 113th Cong. (2013).[2]

However, this Bill has not been passed by the House of Representatives or the Senate. It further has not been signed by the President. Accordingly, it is not law.[3] Moreover, the Court notes that even if it were the law, under 18 U.S.C. § 3624 it is the Attorney General and Bureau of Prisons, not the district court, that has authority to compute time served.[3] As such, the Court is without jurisdiction to grant the motion.

---

[1] Doc. 109.

[2] *Id.*

[3] *See* U.S. CONST., art. I, §7, cl. 2.

[3] "[T]he power to grant credit for time served lies solely with the Attorney General and the Bureau of Prisons." *United States v. Crozier*, 259 F.3d 503, 520 (6th Cir. 2001).

Case No. 4:03-CR-25
Gwin, J.

Therefore, Defendant is not entitled to the relief sought.

IT IS SO ORDERED.


Dated: February 25, 2014                                s/      *James S. Gwin*
                                                        JAMES S. GWIN
                                                        UNITED STATES DISTRICT JUDGE